John AMPLEMAN, Plaintiff–Appellant,

v.

METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, Defendant–Respondent.

No. ED 84610.

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 2, 2004.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 5, 2005.

John E. Ampleman, Chesterfield, pro se.

Alison Durphy, St. Louis, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., LAWRENCE G. CRAHAN and MARY K. HOFF, JJ.

### ORDER

PER CURIAM.

The plaintiff, John Ampleman, appeals from the judgment granting the defendant's motion to dismiss the plaintiff's action for breach of contract and vexatious refusal to pay a claim. No error of law appears and a written opinion would have no precedential value. The parties have been provided with a memorandum for their information only setting forth the reasons for this decision. The judgment is affirmed. Rule 84.16(b).